**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-1086**

—————————

STEVEN IVEY,

    Plaintiff – Appellant,

  v.

FAIR LABOR RELATIONS AUTHORITY, a/k/a Federal Labor
Relations Authority; NATIONAL TREASURY EMPLOYEES UNION,

    Defendants – Appellees,

  and

DOUG VAN BUREN; LISA PORTER; ANGELA STRONG,

    Defendants.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  James C. Dever,
III, Chief District Judge.  (2:10-cv-00064-D)

—————————

Submitted:  June 11, 2012    Decided:  June 19, 2012

—————————

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Steven Ivey, Appellant Pro Se.  Pamela Penny Johnson, Rosa M.
Koppel, FEDERAL LABOR RELATIONS AUTHORITY, Washington, D.C.;
Peyton H.N. Lawrimore, L. Pat Wynns, NATIONAL TREASURY EMPLOYEES
UNION, Washington, D.C., for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Ivey seeks to appeal the district court's order granting the Defendants' motions to dismiss his complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 24, 2011. The notice of appeal was filed on January 17, 2012. Because Ivey failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

3